**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In re:      ANDERSON & STRUDWICK, INCORPORATED   §   Case No. 14-32679-KLP
                                                 §
                                                 §
Debtor(s)                                        §

---

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

Bruce E. Robinson, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $91,000.00 | Assets Exempt:      $0.00 |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants:   $1,675,673.64 | Claims Discharged Without Payment:   $13,668,108.01 |
| Total Expenses of Administration:  $1,008,454.26 | |

3) Total gross receipts of $2,684,127.90 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $2,684,127.90 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY CLAIMS | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,008,430.98 | 1,008,454.26 | 1,008,454.26 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 57,513.61 | 45,513.61 | 42,959.70 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 553,726.36 | 40,157,119.06 | 15,161,728.81 | 1,632,715.23 |
| **TOTAL DISBURSEMENTS** | **$553,726.36** | **$41,223,063.65** | **$16,215,696.68** | **$2,684,129.19** |

4)  This case was originally filed under Chapter 7 on 05/15/2014. The case was pending for 78 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/28/2020          By: /s/ Bruce E. Robinson

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE¹ | $ AMOUNT RECEIVED |
|---|---|---|
| IPOA, LLC - ORIGINAL INVESTMENT OF $200,000.00 | 1129-000 | 37,075.70 |
| MEMBERSHIP INTEREST IN LLC THAT OWNS PARKING GARAG | 1129-000 | 300,000.00 |
| MONEY HELD IN ESCROW BY THE TRUST COMPANY OF STERN | 1129-000 | 63,269.96 |
| Corporate Tax Refund | 1224-000 | 6,435.44 |
| Corporate Tax Refund 2 | 1224-000 | 2,394.88 |
| Tax Refund - 09/2015  F-1120 | 1224-000 | 10,832.30 |
| Tax Refund 09/2014 F-1120 | 1224-000 | 2,267.60 |
| Tax refund 09/2015 F-1120 | 1224-000 | 3,891.09 |
| Tax Refund 09/2017 F-1120 | 1224-000 | 556.00 |
| End of Case Remnant Asset Purchase | 1229-000 | 5,000.00 |
| GENWORTH LIFE INSURANCE COMPANY COMMISSION | 1229-000 | 130.56 |
| JOHN HANCOCK LONG TERM CARE COMMISSION PAYMENT | 1229-000 | 247.17 |
| MADISON FUNDS | 1229-000 | 200.28 |
| PIMCO | 1229-000 | 79.70 |
| TOUCHSTONE INVESTMENTS | 1229-000 | 24.88 |
| STERN AGEE LITIGATION SETTLEMENT FUNDS | 1249-000 | 2,250,714.34 |
| United States Treasury | 1290-000 | 1,008.00 |
| **TOTAL GROSS RECEIPTS** | | **$2,684,127.90** |

¹ The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

UST Form 101-7-TDR (10/1/2010)

| TOTAL SECURED CLAIMS | N/A |
|---|---|

## EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bruce Robinson | 2100-000 | N/A | 103,773.84 | 103,773.84 | 103,773.84 |
| Bruce Robinson | 2200-000 | N/A | 35.46 | 58.74 | 58.74 |
| THE McCAMMON GROUP | 3721-000 | N/A | 4,226.70 | 4,226.70 | 4,226.70 |
| DTI | 3731-000 | N/A | 2,034.31 | 2,034.31 | 2,034.31 |
| DTI | 3731-000 | N/A | 1,425.20 | 1,425.20 | 1,425.20 |
| EnTrust Records Management | 3991-460 | N/A | 342.77 | 342.77 | 342.77 |
| EnTrust Records Management | 3991-460 | N/A | 8,882.51 | 8,882.51 | 8,882.51 |
| LeClairRyan PC | 3210-000 | N/A | 88,960.80 | 88,960.80 | 88,960.80 |
| LeClairRyan PC | 3210-000 | N/A | 6,678.78 | 6,678.78 | 6,678.78 |
| LECLAIR RYAN PC | 3210-000 | N/A | 665,543.58 | 665,543.58 | 665,543.58 |
| LeClairRyan PC | 3220-000 | N/A | 644.92 | 644.92 | 644.92 |
| LeClairRyan PC | 3220-000 | N/A | 252.71 | 252.71 | 252.71 |
| LECLAIR RYAN PC | 3220-000 | N/A | 1,630.85 | 1,630.85 | 1,630.85 |
| Barry Strickland & Company | 3410-000 | N/A | 37,467.96 | 37,467.96 | 37,467.96 |
| Barry Strickland & Company | 3420-000 | N/A | 565.29 | 565.29 | 565.29 |
| Insurance Partners Agency, Inc. | 2300-000 | N/A | 136.58 | 136.58 | 136.58 |
| Insurance Partners | 2300-003 | N/A | 859.67 | 859.67 | 859.67 |
| eag | 2600-000 | N/A | 1,676.00 | 1,676.00 | 1,676.00 |
| EAGLEBANK | 2600-000 | N/A | 5,538.00 | 5,538.00 | 5,538.00 |
| Signature Bank | 2600-000 | N/A | 9,802.81 | 9,802.81 | 9,802.81 |
| Texas Capital Bank | 2600-000 | N/A | 22,658.02 | 22,658.02 | 22,658.02 |
| L. MCCARTHY DOWNS, III | 2990-000 | N/A | 16,215.76 | 16,215.76 | 16,215.76 |
| Internal Revenue Service | 2810-000 | N/A | 14,480.00 | 14,480.00 | 14,480.00 |
| United States Treasury | 2810-000 | N/A | 845.31 | 845.31 | 845.31 |
| United States Treasury | 2810-000 | N/A | 1,292.15 | 1,292.15 | 1,292.15 |
| INTERNAL REVENUE SERVICE | 2810-000 | N/A | 2,185.00 | 2,185.00 | 2,185.00 |
| INTERNAL REVENUE SERVICE | 2810-000 | N/A | 3,778.00 | 3,778.00 | 3,778.00 |
| Virginia Dept of Taxation | 2820-000 | N/A | 3,860.00 | 3,860.00 | 3,860.00 |
| Virginia Dept of Taxation | 2820-000 | N/A | 228.00 | 228.00 | 228.00 |
| NC Department of Revenue | 2820-000 | N/A | 191.00 | 191.00 | 191.00 |
| Virginia Dept of Taxation | 2820-000 | N/A | 1,142.00 | 1,142.00 | 1,142.00 |

| NC Department of Revenue | 2820-000 | N/A | 1,077.00 | 1,077.00 | 1,077.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$1,008,430.98** | **$1,008,454.26** | **$1,008,454.26** |

## EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

## EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service | 5800-000 | 0.00 | 5,159.70 | 5,159.70 | 5,159.70 |
| 000001A | L. MCCARTHY DOWNS, III | 5300-000 | 0.00 | 12,475.00 | 12,475.00 | 12,475.00 |
| 000002A | DOMINIC EUGENE MCKANN | 5300-000 | 0.00 | 12,475.00 | 12,475.00 | 12,475.00 |
| 000007A | COMMONWEALTH OF VIRGINIA | 5800-000 | 0.00 | 900.00 | 900.00 | 0.00 |
| 12 | GLEN HENRICHS | 5300-000 | 0.00 | 24,250.00 | 12,850.00 | 12,850.00 |
| 000013A | Franchise Tax Board | 5300-000 | 0.00 | 1,653.91 | 1,653.91 | 0.00 |
| 000014A | Internal Revenue Service | 5800-000 | 0.00 | 600.00 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$57,513.61** | **$45,513.61** | **$42,959.70** |

## EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001B | L. MCCARTHY DOWNS, III | 7100-000 | 413,726.36 | 413,676.25 | 413,676.25 | 44,588.26 |
| 000002B | DOMINIC EUGENE MCKANN | 7100-000 | 0.00 | 15,124.98 | 15,124.98 | 1,629.28 |
| 000002B | U.S. BANKRUPTCY COURT | 7100-001 | N/A | 0.00 | 0.98 | 0.98 |
| 3 | PITNEY BOWES INC | 7100-001 | 0.00 | 20,030.61 | 20,030.61 | 2,159.00 |
| 3 | U.S. BANKRUPTCY COURT | 7100-001 | N/A | 0.00 | 1.29 | 1.29 |
| 4 | SHAREHOLDERS INC. | 7100-000 | 0.00 | 21,591,945.21 | 14,000,000.00 | 1,508,092.12 |
| 4 | Clerk's Office | 7100-001 | N/A | 0.00 | 903.67 | 903.67 |
| 5 | GLEN HENRICHS | 7100-000 | 0.00 | 5,200.00 | 5,200.00 | 560.15 |
| 5 | U.S. BANKRUPTCY COURT | 7100-001 | N/A | 0.00 | 0.34 | 0.34 |
| 6 | OYSTER CONSULTING, LLC | 7100-000 | 0.00 | 9,000.00 | 9,000.00 | 969.49 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | U.S. BANKRUPTCY COURT | 7100-001 | N/A | 0.00 | 0.58 | 0.58 |
| 000007B | COMMONWEALTH OF VIRGINIA | 7100-000 | 0.00 | 12,800.00 | 12,800.00 | 0.00 |
| 8 | STERNE AGEE GROUP, INC. | 7100-000 | 0.00 | 16,743,994.71 | 0.00 | 0.00 |
| 9 | STERNE, AGEE, & LEACH, INC. | 7100-000 | 0.00 | 660,257.19 | 0.00 | 0.00 |
| 10 | LUCILLE R. SAUNDERS | 7100-000 | 0.00 | 273,018.00 | 273,018.00 | 29,427.36 |
| 11 | DONALD H. NEWLIN AND WILLIAM H. MCC | 7100-000 | 0.00 | 411,769.62 | 411,769.62 | 44,382.71 |
| 000013B | Franchise Tax Board | 7200-000 | 0.00 | 202.49 | 202.49 | 0.00 |
| 000014B | Internal Revenue Service | 7100-000 | 0.00 | 100.00 | 0.00 | 0.00 |
| NOTFILED | COR Clearing, LLC | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Dean Weingardner | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Duane Morris LLP | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | FINRA Dispute Resolution | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Hirschler Fleischer | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Keiter Stephens | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Ming Yang | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Oyster Consulting | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Pershing, LLC | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Robin J. Dartell | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Sandie Haynes | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Todd Newton | 7100-000 | 140,000.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$553,726.36** | **$40,157,119.06** | **$15,161,728.81** | **$1,632,715.23** |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Page: 1

| Case Number: | 14-32679 KLP | | Trustee: | Bruce E. Robinson |
|---|---|---|---|---|
| Case Name: | ANDERSON & STRUDWICK, INCORPORATED | | Filed (f) or Converted (c): | 05/15/14 (f) |
| | | | §341(a) Meeting Date: | 07/14/14 |
| Period Ending: | 09/28/20 | | Claims Bar Date: | 01/12/15 |

| Ref # | 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BANK ACCOUNT AT STERNE AGEE | 11,000.00 | 11,000.00 | | 0.00 | FA |
| 2 | ACCOUNT AT PERSHING, LLC | Unknown | 1.00 | | 0.00 | FA |
| 3 | ACCOUNT AT COR CLEARING, LLC | 80,000.00 | 80,000.00 | | 0.00 | FA |
| 4 | VARIOUS SECURITY DEPOSITS HELD BY REAL PROPERTY LE | Unknown | 1.00 | | 0.00 | FA |
| 5 | MEMBERSHIP INTEREST IN LLC THAT OWNS PARKING GARAG<br>Trustee entered into Membership Interest Redemption and Assignment Agreement with Independent Property Owners of America, LLC on 10/10/16.  Court Order 2/23/17 | Unknown | 300,000.00 | | 300,000.00 | FA |
| 6 | IPOA, LLC - ORIGINAL INVESTMENT OF $200,000.00<br>Possibility of additional funds, gross value of remaining asset is unknown at this time | Unknown | 37,075.70 | | 37,075.70 | FA |
| 7 | NOTES FROM FORMER BROKERS | Unknown | 1.00 | | 0.00 | FA |
| 8 | JUDGMENTS OBTAINED AGAINST FORMER BROKERS | Unknown | 1.00 | | 0.00 | FA |
| 9 | POTENTIAL CLAIMS AGAINST PROFESSIONALS WHO PROVIDE | Unknown | 1.00 | | 0.00 | FA |
| 10 | MONEY HELD IN ESCROW BY THE TRUST COMPANY OF STERN | 1,000,000.00 | 63,269.96 | | 63,269.96 | FA |
| 11 | TAIL D&O COVERAGE | Unknown | 1.00 | | 0.00 | FA |
| 12 | MADISON FUNDS (u)<br>Possibility of additional funds, gross value of remaining asset is unknown at this time | Unknown | 200.28 | | 200.28 | FA |
| 13 | PIMCO (u)<br>Possibility of additional funds, gross value of remaining asset is unknown | Unknown | 79.70 | | 79.70 | FA |
| 14 | TOUCHSTONE INVESTMENTS (u)<br>Possibility of additional funds, gross value of remaining asset is unknown at this time | Unknown | 24.88 | | 24.88 | FA |

**FORM 1**                    Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**             Page: 2

| | |
|---|---|
| **Case Number:** 14-32679 KLP | **Trustee:** Bruce E. Robinson |
| **Case Name:** ANDERSON & STRUDWICK, INCORPORATED | **Filed (f) or Converted (c):** 05/15/14 (f) |
| | **§341(a) Meeting Date:** 07/14/14 |
| **Period Ending:** 09/28/20 | **Claims Bar Date:** 01/12/15 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15 | JOHN HANCOCK LONG TERM CARE COMMISSION PAYMENT (u) Possibility of additional funds, gross value of remaining asset is unknown at this time | Unknown | 247.17 | | 247.17 | FA |
| 16 | GENWORTH LIFE INSURANCE COMPANY COMMISSION (u) | Unknown | 130.56 | | 130.56 | FA |
| 17 | STERN AGEE LITIGATION SETTLEMENT FUNDS (u) Order approving 10/15/15 | 2,250,714.34 | 2,250,714.34 | | 2,250,714.34 | FA |
| 18 | Tax Refund - 09/2015  F-1120 (u) | 10,829.33 | 10,832.30 | | 10,832.30 | FA |
| 19 | Corporate Tax Refund (u) | 3,805.55 | 3,805.55 | | 5,288.93 | FA |
| 20 | End of Case Remnant Asset Purchase (u) | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| 21 | Corporate Tax Refund 2 (u) | 2,394.88 | 2,394.88 | | 2,394.88 | FA |
| 22 | Corporate Tax Refund (u) | 1,146.51 | 1,146.51 | | 1,146.51 | FA |
| 23 | Tax Refund 09/2017 F-1120 (u) | 0.00 | 556.00 | | 556.00 | FA |
| 24 | Tax Refund 09/2014 F-1120 (u) | 0.00 | 2,267.60 | | 2,267.60 | FA |
| 25 | Tax refund 09/2015 F-1120 (u) | 0.00 | 3,891.09 | | 3,891.09 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$3,364,890.61** | **$2,772,642.52** | | **$2,683,119.90** | **$0.00** |

**Major activities affecting case closing:**
Pursuing assets, seeking counsel
11/06/14  Trustee received email from Kirk Vogel stating LeClair Ryan had worked through conflict with Sterne Agee and preparing employment app for review and filing
11/12/14  Filed Application to Employ LeClair Ryan PC as Special Counsel to Trustee (Order 11/28/14)
11/17/14  Received $63k of funds held in trust by Sterne Agee
04/20/15  Received (2) distributions from $200k IPOA investment totaling $26.7k
09/30/15  Ongoing pursuit of assets
12/30/15  Ongoing Litigation
04/08/16  Received Stern Agee Settlement funds via wire in the sum of $2,250,714.34
06/30/16  Ongoing pursuit of non-disclosed assets
10/10/16  Trustee signed 'Membership Interest Redemption and Assignment Agreement' whereby he will transfer (10) membership units from the Estate to IPOA, LLC in exchange for $300,000.00, approval pending
02/01/17  Motion to Approve Sale of Membership Interest to IPOA was filed
02/01/17  Hearing set for 2/22/17 @ 10:30
02/22/17  Order entered approving sale of membership  $300,000.00 (funds held in escrow by LeClairRyan PC

**FORM 1**                                                              Exhibit 8
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**                                                        Page: 3

08/01/17  Trustee Counsel filed 2nd Application for Compensation - Hearing set for 8/23 @ 10:30 a.m.
08/01/17  Trustee contacted by Oak Point Partners making $5,000 offer to purchase end of case remnant assets from bk estate
08/02/17  Trustee along with his counsel has agreed to accept the $5,000 offer, court approval pending
09/15/17  Order entered approving sale
09/25/17  Received $5,000 from Oak Point Partners, made deposit
08/21/18  Received tax refunds for 2014, 2015 and 2017 F-1120.  Accountant working on withholding and payroll taxes for wage claimants.
09/12/18  Trustee filed 3rd and final fee app for LeClair Ryan, hearing set for 10/17
09/12/18  Awaiting approval of trustee counsel 3rd and final fee app; once approved, will wait for payment to clear, receive bank statement and then submit TFR.
09/21/18  Trustee filed final fee app for Barry Strickland
10/18/18  Hearing held on LeClair Ryan fee app and approved, Order pending
10/29/18  Filed Notice of Fee App for Barry Strickland; Hearing set for 11/20/18 @ 10:30 AM
11/27/18  Order entered approving fee app for Barry Strickland
Note:  Court granted approval of Settlement wherein Class Action Claim is allowed  as unsecured proof of claim in the amount of $14,000,000.
03/27/19  Correction  The Shareholders are to receive 92% of remaining funds after payment of Secured Claims, Chapter 7 Admin fees and costs, and any other priority claims per Order 3/14/16.  APN
15-03384
04/23/19  Distribution made per court order 4/22/19.
07/23/19  Stop payment issued on Ck 53021 - check has not cleared the bank in 90 days.  Will send funds to the court as unclaimed.
08/12/19  Unclaimed funds sent to court and cleared bank on 8/12/19.
09/30/19  Trustee notified of over payment of federal unemployment taxes on the 3 wage claims, funds to be returned to estate.
02/14/20  Received $1,008 representing the overpayment of federal unemployment taxes.
03/27/20  Filed Report of Returned Funds Available for Distribution; pending approval by UST Region.
06/03/20  Received authority to distribute the $1,008.00.
09/08/20  2 checks have not cleared the bank nor have they been returned to the Trustee; issued stop payment on stale dated checks and remitted the funds to the court in the amount of $921.29.
09/10/20  Once the check to court clears and zero balance bank statement is received, the TDR will be submitted for review.


**Initial Projected Date of Final Report (TFR):**  May 14, 2016                    **Current Projected Date of Final Report (TFR):**  February 06, 2019 (Actual)


_____September 28, 2020_____                                  /s/ Bruce E. Robinson
                    Date                                                          Bruce E. Robinson

## Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 1

| Case Number: | 14-32679 KLP | Trustee: | Bruce E. Robinson |
| Case Name: | ANDERSON & STRUDWICK, INCORPORATED | Bank Name: | Eaglebank |
| | | Account: | ******0001 - Checking Account |
| Taxpayer ID#: | 54-0968806 | Blanket Bond: | $3,000,000.00 (per case limit) |
| Period Ending: | 09/28/20 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/17/14 | Asset #10 | ANDERSON & STRUDWICK INC | LIQUIDATION OF PERSONAL PROPERTYMONEY HELD IN TRUST BY STERNE AGEE FOR DEBTOR | 1129-000 | 63,269.96 | | 63,269.96 |
| 12/16/14 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 65.00 | 63,204.96 |
| 01/14/15 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 67.00 | 63,137.96 |
| 02/10/15 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 67.00 | 63,070.96 |
| 03/12/15 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 60.00 | 63,010.96 |
| 04/09/15 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 67.00 | 62,943.96 |
| 04/10/15 | 1001 | Insurance Partners Agency, Inc. | Bond PremiumPolicy #3792908 (03/01/2015 - 03/01/2016)Invoice 104055 | 2300-000 | | 87.07 | 62,856.89 |
| 04/20/15 | Asset #6 | IPOA | DEPOSIT- ASSET2011-2014 DISTRIBUTION FROM IPOA | 1129-000 | 24,989.70 | | 87,846.59 |
| 04/20/15 | Asset #6 | IPOA | DEPOSIT- ASSETJAN-MAR 2015 DISTRIBUTIONS FROM IPOA | 1129-000 | 1,797.90 | | 89,644.49 |
| 05/12/15 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 74.00 | 89,570.49 |
| 06/10/15 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 95.00 | 89,475.49 |
| 07/08/15 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 92.00 | 89,383.49 |
| 08/12/15 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 95.00 | 89,288.49 |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 2

| | | |
|---|---|---|
| **Case Number:** | 14-32679 KLP | |
| **Case Name:** | ANDERSON & STRUDWICK, INCORPORATED | |
| | | |
| **Taxpayer ID#:** | 54-0968806 | |
| **Period Ending:** | 09/28/20 | |

| | |
|---|---|
| **Trustee:** | Bruce E. Robinson |
| **Bank Name:** | Eaglebank |
| **Account:** | ******0001 - Checking Account |
| **Blanket Bond:** | $3,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/10/15 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 95.00 | 89,193.49 |
| 10/09/15 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 92.00 | 89,101.49 |
| 11/02/15 | Asset #12 | MADISON FUNDS | LIQUIDATION OF PERSONAL PROPERTYDEALER COMMISSION CHECK | 1229-000 | 6.00 | | 89,107.49 |
| 11/04/15 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 95.00 | 89,012.49 |
| 11/13/15 | Asset #15 | JOHN HANCOCK | LIQUIDATION OF PERSONAL PROPERTYLONG TERM CARE COMMISSION PAYMENT | 1229-000 | 150.04 | | 89,162.53 |
| 11/13/15 | Asset #12 | MADISON FUNDS | LIQUIDATION OF PERSONAL PROPERTYMADISON FUNDS COMMISSION CHECK | 1229-000 | 2.00 | | 89,164.53 |
| 11/13/15 | Asset #13 | PIMCO | LIQUIDATION OF PERSONAL PROPERTYPIMCO COMPENSATION FEES | 1229-000 | 26.88 | | 89,191.41 |
| 11/13/15 | Asset #12 | MADISON FUNDS | LIQUIDATION OF PERSONAL PROPERTYMADISON FUNDS COMMISSION CHECK | 1229-000 | 2.00 | | 89,193.41 |
| 11/13/15 | Asset #12 | MADISON FUNDS | LIQUIDATION OF PERSONAL PROPERTYMADISON FUNDS COMMISSION CHECK | 1229-000 | 67.93 | | 89,261.34 |
| 11/13/15 | Asset #12 | MADISON FUNDS | LIQUIDATION OF PERSONAL PROPERTYMADISON FUNDS COMMISSION CHECK | 1229-000 | 4.00 | | 89,265.34 |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 3

| | | |
|---|---|---|
| **Case Number:** | 14-32679 KLP | |
| **Case Name:** | ANDERSON & STRUDWICK, INCORPORATED | |
| | | |
| **Taxpayer ID#:** | 54-0968806 | |
| **Period Ending:** | 09/28/20 | |

| | |
|---|---|
| **Trustee:** | Bruce E. Robinson |
| **Bank Name:** | Eaglebank |
| **Account:** | ******0001 - Checking Account |
| **Blanket Bond:** | $3,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/19/15 | Asset #14 | TOUCHSTONE INVESTMENTS | LIQUIDATION OF PERSONAL PROPERTYCOMMISSION CHECK | 1229-000 | 12.63 | | 89,277.97 |
| 12/05/15 | Asset #12 | MADISON FUNDS | LIQUIDATION OF PERSONAL PROPERTYMADISON FUNDS  DEALER COMMISSION CHECK | 1229-000 | 2.00 | | 89,279.97 |
| 12/08/15 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 92.00 | 89,187.97 |
| 12/11/15 | 1002 | DTI | CONSULTANTPaid per court order 12/9/15Anderson & Strudwick | 3731-000 | | 1,425.20 | 87,762.77 |
| 12/11/15 | 1003 | THE McCAMMON GROUP | MEDIATORPaid per court order 12/9/15 | 3721-000 | | 4,226.70 | 83,536.07 |
| 12/16/15 | Asset #12 | MADISON FUNDS | LIQUIDATION OF PERSONAL PROPERTYDEALER COMMISSION CHECK | 1229-000 | 6.00 | | 83,542.07 |
| 12/30/15 | Asset #15 | JOHN HANCOCK | LIQUIDATION OF PERSONAL PROPERTYJOHN HANCOCK LONG TERM CARE PAYMENT | 1229-000 | 31.67 | | 83,573.74 |
| 12/30/15 | Asset #12 | MADISON FUNDS | LIQUIDATION OF PERSONAL PROPERTYDEALER COMMISSION CHECK | 1229-000 | 2.00 | | 83,575.74 |
| 01/13/16 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 92.00 | 83,483.74 |
| 01/15/16 | Asset #12 | MADISON FUNDS | LIQUIDATION OF PERSONAL PROPERTYMADISON FUNDS COMMISSION CHECK | 1229-000 | 4.00 | | 83,487.74 |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 4

| Case Number: | 14-32679 KLP | | Trustee: | Bruce E. Robinson |
| Case Name: | ANDERSON & STRUDWICK, INCORPORATED | | Bank Name: | Eaglebank |
| | | | Account: | ******0001 - Checking Account |
| Taxpayer ID#: | 54-0968806 | | Blanket Bond: | $3,000,000.00 (per case limit) |
| Period Ending: | 09/28/20 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/29/16 | Asset #12 | MADISON FUNDS | LIQUIDATION OF PERSONAL PROPERTYMADISON FUNDS DEALER COMMISSION CHECK | 1229-000 | 2.00 | | 83,489.74 |
| 02/09/16 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 89.00 | 83,400.74 |
| 02/16/16 | Asset #12 | MADISON FUNDS | LIQUIDATION OF PERSONAL PROPERTYMADISON FUNDS DEALER COMMISSION CHECK | 1229-000 | 68.85 | | 83,469.59 |
| 02/16/16 | Asset #12 | MADISON FUNDS | LIQUIDATION OF PERSONAL PROPERTYMADISON FUNDS DEALER COMMISSION CHECK | 1229-000 | 2.00 | | 83,471.59 |
| 02/16/16 | Asset #12 | MADISON FUNDS | LIQUIDATION OF PERSONAL PROPERTYMADISON FUNDS DEALER COMMISSION CHECK | 1229-000 | 4.00 | | 83,475.59 |
| 02/26/16 | Asset #13 | PIMCO | LIQUIDATION OF PERSONAL PROPERTYPIMCO FEE EARNINGS FOR PERIOD 10/01/2015 - 12/31/2015 | 1229-000 | 26.75 | | 83,502.34 |
| 03/02/16 | Asset #14 | ANDERSON & STRUDWICK INC | LIQUIDATION OF PERSONAL PROPERTYTOUCHSTONE INVESTMENTS 12B1 COMMISSION CHECK | 1229-000 | 12.25 | | 83,514.59 |
| 03/07/16 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 83.00 | 83,431.59 |
| 03/10/16 | 1004 | Insurance Partners Agency, Inc. | BOND PREMIUMPolicy #3792908 (03/01/2016 - 03/01/2017) | 2300-000 | | 49.51 | 83,382.08 |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 5

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 14-32679 KLP | | | **Trustee:** | Bruce E. Robinson | |
| **Case Name:** | ANDERSON & STRUDWICK, INCORPORATED | | | **Bank Name:** | Eaglebank | |
| | | | | **Account:** | ******0001 - Checking Account | |
| **Taxpayer ID#:** | 54-0968806 | | | **Blanket Bond:** | $3,000,000.00 (per case limit) | |
| **Period Ending:** | 09/28/20 | | | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/16/16 | Asset #12 | MADISON FUNDS | LIQUIDATION OF PERSONAL PROPERTYDEALER COMMISSION CHECK | 1229-000 | 4.00 | | 83,386.08 |
| 03/16/16 | Asset #12 | MADISON FUNDS | LIQUIDATION OF PERSONAL PROPERTYDEALER COMMISSION CHECK | 1229-000 | 2.00 | | 83,388.08 |
| 03/16/16 | Asset #16 | GENWORTH LIFE INSURANCE COMPANY | LIQUIDATION OF PERSONAL PROPERTYCOMMISSION CHECK | 1229-000 | 130.56 | | 83,518.64 |
| 03/30/16 | Asset #12 | MADISON FUNDS | LIQUIDATION OF PERSONAL PROPERTYMADISON FUNDS DEALER COMMISSION | 1229-000 | 2.50 | | 83,521.14 |
| 03/30/16 | Asset #12 | MADISON FUNDS | LIQUIDATION OF PERSONAL PROPERTYMADISON FUNDS DEALER COMMISSION | 1229-000 | 2.00 | | 83,523.14 |
| 04/08/16 | Asset #17 | CHRISTIAN & BARTON, LLP | OTHER LITIGATION/SETTLEMENTSFULL SETTLEMENT FUNDS OF THE STERN AGEE LITIGATION PER COURT ORDER 10/15/15 (related doc #108) | 1249-000 | 2,250,714.34 | | 2,334,237.48 |
| 04/11/16 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 89.00 | 2,334,148.48 |
| 04/18/16 | Asset #15 | JOHN HANCOCK | LIQUIDATION OF PERSONAL PROPERTYLONG TERM CARE COMMISSION PAYMENT | 1229-000 | 65.46 | | 2,334,213.94 |
| 04/18/16 | Asset #12 | MADISON FUNDS | LIQUIDATION OF PERSONAL PROPERTYDEALER COMMISSION CHECK | 1229-000 | 4.00 | | 2,334,217.94 |
| 05/09/16 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 1,652.00 | 2,332,565.94 |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 6

| Case Number: | 14-32679 KLP | Trustee: | Bruce E. Robinson |
| Case Name: | ANDERSON & STRUDWICK, INCORPORATED | Bank Name: | Eaglebank |
| | | Account: | ******0001 - Checking Account |
| Taxpayer ID#: | 54-0968806 | Blanket Bond: | $3,000,000.00 (per case limit) |
| Period Ending: | 09/28/20 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/18/16 | Asset #12 | MADISON FUNDS | LIQUIDATION OF PERSONAL PROPERTYMADISON FUNDS DEALER COMMISSION CHECK | 1229-000 | 4.00 | | 2,332,569.94 |
| 05/18/16 | Asset #12 | MADISON FUNDS | LIQUIDATION OF PERSONAL PROPERTYMADISON FUNDS DEALER COMMISSION CHECK | 1229-000 | 2.50 | | 2,332,572.44 |
| 05/18/16 | Asset #12 | MADISON FUNDS | LIQUIDATION OF PERSONAL PROPERTYMADISON FUNDS DEALER COMMISSION CHECK | 1229-000 | 2.50 | | 2,332,574.94 |
| 06/01/16 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 2,477.00 | 2,330,097.94 |
| 06/06/16 | Asset #13 | PIMCO | LIQUIDATION OF PERSONAL PROPERTYDEALER COMMISSION CHECK | 1229-000 | 26.07 | | 2,330,124.01 |
| 06/06/16 | Asset #12 | MADISON FUNDS | LIQUIDATION OF PERSONAL PROPERTYDEALER COMMISSION CHECK | 1229-000 | 2.00 | | 2,330,126.01 |
| 06/17/16 | | eag | June 16'-prorated bank service fee | 2600-000 | | 1,676.00 | 2,328,450.01 |
| 06/21/16 | | Trsf To Signature Bank | FINAL TRANSFER | 9999-000 | | 2,328,450.01 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 2,341,452.49 | 2,341,452.49 | $0.00 |
| Less: Bank Transfers | 0.00 | 2,328,450.01 | |
| **Subtotal** | 2,341,452.49 | 13,002.48 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$2,341,452.49** | **$13,002.48** | |

**Form 2**

**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 7

| Case Number: | 14-32679 KLP | | Trustee: | Bruce E. Robinson |
| Case Name: | ANDERSON & STRUDWICK, INCORPORATED | | Bank Name: | Signature Bank |
| | | | Account: | ******4646 - Checking Account |
| Taxpayer ID#: | 54-0968806 | | Blanket Bond: | $3,000,000.00 (per case limit) |
| Period Ending: | 09/28/20 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/21/16 | | Trsf In From EAGLEBANK | INITIAL WIRE TRANSFER IN | 9999-000 | 2,328,450.01 | | 2,328,450.01 |
| 07/21/16 | Asset #12 | MADISON FUNDS | LIQUIDATION OF PERSONAL PROPERTYUnscheduled - MADISON FUNDS DEALER COMMISSION CHECK | 1229-000 | 2.00 | | 2,328,452.01 |
| 08/05/16 | | Signature Bank | BANK SERVICE FEE | 2600-000 | | 2,471.99 | 2,325,980.02 |
| 08/10/16 | 10001 | DTI | Consultant for TrusteePaid per court order 8/5/16Electronic Discovery Advisor to Trustee | 3731-000 | | 2,034.31 | 2,323,945.71 |
| 08/10/16 | 10002 | LeClairRyan PC | Attorney for Trustee Fees(Other Firm)  Paid per court order 8/5/16First Interim Application | 3210-000 | | 665,543.58 | 1,658,402.13 |
| 08/10/16 | 10003 | LeClairRyan PC | Attorney for Trustee Expenses(Other Firm) Paid per court order 8/5/16First Interim Application | 3220-000 | | 1,630.85 | 1,656,771.28 |
| 09/06/16 | Asset #6 | IPOA | LIQUIDATION OF PERSONAL PROPERTYIPOA DISTRIBUTIONS 4/2015 - 8/2016  (ANDERSON & STRUDWICK DIVIDENDS) | 1129-000 | 10,288.10 | | 1,667,059.38 |
| 09/08/16 | | Signature Bank | BANK SERVICE FEE | 2600-000 | | 2,148.85 | 1,664,910.53 |
| 10/07/16 | | Signature Bank | BANK SERVICE FEE | 2600-000 | | 1,708.57 | 1,663,201.96 |
| 11/07/16 | | Signature Bank | BANK SERVICE FEE | 2600-000 | | 1,766.08 | 1,661,435.88 |
| 12/07/16 | | Signature Bank | BANK SERVICE FEE | 2600-000 | | 1,707.32 | 1,659,728.56 |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 8

| | | |
|---|---|---|
| **Case Number:** | 14-32679 KLP | |
| **Case Name:** | ANDERSON & STRUDWICK, INCORPORATED | |
| | | |
| **Taxpayer ID#:** | 54-0968806 | |
| **Period Ending:** | 09/28/20 | |

| | |
|---|---|
| **Trustee:** | Bruce E. Robinson |
| **Bank Name:** | Signature Bank |
| **Account:** | ******4646 - Checking Account |
| **Blanket Bond:** | $3,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/19/16 | | Transfer to Texas Capital Bank | Transfer to Texas Capital Bank | 9999-000 | | 1,659,728.56 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | **2,338,740.11** | **2,338,740.11** | **$0.00** |
| Less: Bank Transfers | | 2,328,450.01 | 1,659,728.56 | |
| **Subtotal** | | **10,290.10** | **679,011.55** | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$10,290.10** | **$679,011.55** | |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 9

| Case Number: | 14-32679 KLP | | Trustee: | Bruce E. Robinson |
|---|---|---|---|---|
| Case Name: | ANDERSON & STRUDWICK, INCORPORATED | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******4502 - Checking Account |
| Taxpayer ID#: | 54-0968806 | | Blanket Bond: | $3,000,000.00 (per case limit) |
| Period Ending: | 09/28/20 | | Separate Bond: | N/A |

| 1<br><br>Trans.<br>Date | 2<br><br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | Uniform<br>Tran. Code | 5<br><br>Receipts<br>$ | 6<br><br>Disbursements<br>$ | 7<br><br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/19/16 | | Transfer from Signature Bank | Transfer from Signature Bank | 9999-000 | 1,659,728.56 | | 1,659,728.56 |
| 01/03/17 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 972.51 | 1,658,756.05 |
| 01/31/17 | | IRS | Wire out - taxes due FYE 9/30/15 | 2810-000 | | 14,480.00 | 1,644,276.05 |
| 02/03/17 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 2,317.15 | 1,641,958.90 |
| 03/03/17 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 2,294.48 | 1,639,664.42 |
| 03/08/17 | 53001 | Insurance Partners | Bond Premium (reversed printer error) | 2300-003 | | 859.67 | 1,638,804.75 |
| 03/08/17 | 53001 | Insurance Partners | Bond Premium (reversed printer error)<br>Insurance Partners | 2300-003 | | -859.67 | 1,639,664.42 |
| 03/08/17 | 53002 | Insurance Partners | Bond Premium | 2300-003 | | 859.67 | 1,638,804.75 |
| 03/08/17 | 53003 | Virginia Department of Taxation | Tax Period 10-1-14 t. 9-30-15Corporate Tax 500C | 2820-000 | | 3,860.00 | 1,634,944.75 |
| 04/03/17 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 2,287.59 | 1,632,657.16 |
| 05/01/17 | Asset #18 | United States Treasury | Refund - 09/2015 F-1120 | 1224-000 | 10,829.33 | | 1,643,486.49 |
| 05/03/17 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 2,281.46 | 1,641,205.03 |
| 06/05/17 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 2,293.40 | 1,638,911.63 |
| 06/30/17 | 53004 | EnTrust Records Management | Paid per court order 6/28/17 | 3991-460 | | 8,882.51 | 1,630,029.12 |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 10

| Case Number: | 14-32679 KLP | | Trustee: | Bruce E. Robinson |
|---|---|---|---|---|
| Case Name: | ANDERSON & STRUDWICK, INCORPORATED | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******4502 - Checking Account |
| Taxpayer ID#: | 54-0968806 | | Blanket Bond: | $3,000,000.00 (per case limit) |
| Period Ending: | 09/28/20 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/03/17 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 2,290.41 | 1,627,738.71 |
| 07/10/17 | | IPOA | Reversed to reconcile adjustment - wire in | 1129-000 | 300,000.00 | | 1,927,738.71 |
| 07/10/17 | Asset #5 | IPOA | Settlement funds - Order 2/23/17 | 1129-000 | 300,000.00 | | 2,227,738.71 |
| 07/10/17 | 53005 | EnTrust Records Management | Paid per Court Order 6/28/17 | 3991-460 | | 342.77 | 2,227,395.94 |
| 07/11/17 | Asset #19 | Department of Taxation | Asset check - corporate tax refund | 1224-000 | 3,805.55 | | 2,231,201.49 |
| 07/11/17 | | IPOA | Reversed to reconcile adjustment - wire in IPOA | 1129-000 | -300,000.00 | | 1,931,201.49 |
| 08/03/17 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 2,578.99 | 1,928,622.50 |
| 09/05/17 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 2,695.02 | 1,925,927.48 |
| 09/15/17 | 53006 | LeClairRyan PC | Attorney for Trustee Fees (Other Firm) Paid per court order 8/29/17 | 3210-000 | | 88,960.80 | 1,836,966.68 |
| 09/15/17 | 53007 | LeClairRyan PC | Attorney for Trustee Expenses (Other Firm) Paid per court order 8/29/17 | 3220-000 | | 644.92 | 1,836,321.76 |
| 09/25/17 | Asset #20 | Oak Point Partners, Inc. | Asset Funds - purchase of remnant assets | 1229-000 | 5,000.00 | | 1,841,321.76 |
| 10/04/17 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 2,647.01 | 1,838,674.75 |
| 10/24/17 | | Internal Revenue Service | Corporate Income Tax Form 1120 FYE 9/30/14E.I.N. 54-0968806 (wire transfer) | 2810-000 | | 2,185.00 | 1,836,489.75 |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 11

| Case Number: | 14-32679 KLP | Trustee: | Bruce E. Robinson |
|---|---|---|---|
| Case Name: | ANDERSON & STRUDWICK, INCORPORATED | Bank Name: | Texas Capital Bank |
| | | Account: | ******4502 - Checking Account |
| Taxpayer ID#: | 54-0968806 | Blanket Bond: | $3,000,000.00 (per case limit) |
| Period Ending: | 09/28/20 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/25/17 | 53008 | NC Department of Revenue | 2013 Form CD-405 FYE 9/30/14E.I.N. 54-0968806 | 2820-000 | | 191.00 | 1,836,298.75 |
| 10/26/17 | | Virginia Department of Taxation | Virginia Corporate Tax Form 500 FYE 9/30/14 (electronic payment) | 2820-000 | | 228.00 | 1,836,070.75 |
| 11/15/17 | | Virginia Department of Taxation | Virginia Corporate Tax Form 500 FYE 9/30/15 (electronic payment) | 2820-000 | | 1,142.00 | 1,834,928.75 |
| 11/21/17 | Asset #21 | Department of Taxation | Corporate Tax Refund | 1224-000 | 2,394.88 | | 1,837,323.63 |
| 11/21/17 | | Internal Revenue Service | U.S. Corporation Tax (Form 1120X) FYE 9/30/15(wire transfer) | 2810-000 | | 3,778.00 | 1,833,545.63 |
| 12/04/17 | 53009 | NC Department of Revenue | E.I.N. 54-0968806 2015 Form CD-405 balance due FYE 09/30/16 | 2820-000 | | 1,077.00 | 1,832,468.63 |
| 12/15/17 | Asset #22 | Virginia Dept of Taxation | Asset funds -  Corporate Tax Refund | 1224-000 | 1,146.51 | | 1,833,615.14 |
| 01/03/18 | 53010 | United States Treasury | ID 54-0968806  Form 1120  FYE 09/30/2014 | 2810-000 | | 845.31 | 1,832,769.83 |
| 01/26/18 | 53011 | United States Treasury | Employer ID 54-0968806Form 1120  Tax Period September 30, 2015 | 2810-000 | | 1,292.15 | 1,831,477.68 |
| 03/12/18 | Asset #18 | United States Treasury | Asset check - refund 09/2015 F-1120 | 1224-000 | 2.97 | | 1,831,480.65 |
| 04/09/18 | Asset #19 | NC Dept of Revenue | Asset - 2016 corporate income tax refund | 1224-000 | 297.56 | | 1,831,778.21 |
| 08/13/18 | Asset #23 | United States Treasury | Asset check - refund 09/2017 F-1120 | 1224-000 | 556.00 | | 1,832,334.21 |
| 08/17/18 | Asset #24 | United States Treasury | Asset check - refund 09/2014 F-1120 | 1224-000 | 2,267.60 | | 1,834,601.81 |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 12

| Case Number: | 14-32679 KLP | | Trustee: | Bruce E. Robinson |
|---|---|---|---|---|
| Case Name: | ANDERSON & STRUDWICK, INCORPORATED | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******4502 - Checking Account |
| Taxpayer ID#: | 54-0968806 | | Blanket Bond: | $3,000,000.00 (per case limit) |
| Period Ending: | 09/28/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/20/18 | Asset #25 | United States Treasury | Asset check - refund 09/2015 F-1120 | 1224-000 | 3,891.09 | | 1,838,492.90 |
| 10/04/18 | Asset #19 | NC Dept of Revenue | Asset check - refund of overpayment plus interest for period 10/01/16 - 09/30/17 | 1224-000 | 1,185.82 | | 1,839,678.72 |
| 10/23/18 | 53012 | LeClairRyan PC | Paid per court order 10/22/18 | 3210-000 | | 6,678.78 | 1,832,999.94 |
| 10/23/18 | 53013 | LeClairRyan PC | Paid per court order 10/22/18 | 3220-000 | | 252.71 | 1,832,747.23 |
| 11/29/18 | 53014 | Barry Strickland & Company | Paid per court order 11/27/18 Accountant for Trustee Fees (Other Firm) | 3410-000 | | 37,467.96 | 1,795,279.27 |
| 11/29/18 | 53015 | Barry Strickland & Company | Paid per court order 11/27/18 Accountant for Trustee Expenses (Other Firm) | 3420-000 | | 565.29 | 1,794,713.98 |
| 04/23/19 | 53016 | Bruce Robinson | Trustee Fees paid per court order 4/22/19 | 2100-000 | | 103,743.60 | 1,690,970.38 |
| 04/23/19 | 53017 | Bruce Robinson | Trustee Expenses paid per court order 4/22/19 | 2200-000 | | 58.74 | 1,690,911.64 |
| 04/23/19 | 53018 | L. MCCARTHY DOWNS, III | Admin claim paid per court order 6/23/16 | 2990-000 | | 16,215.76 | 1,674,695.88 |
| 04/23/19 | 53019 | L. MCCARTHY DOWNS, III | Disb of 10.77% to Claim #000001B | 7100-000 | | 44,561.56 | 1,630,134.32 |
| 04/23/19 | 53020 | DOMINIC EUGENE MCKANN | Disb of 10.77% to Claim #000002B | 7100-000 | | 1,629.28 | 1,628,505.04 |
| 04/23/19 | 53021 | PITNEY BOWES INC | Disb of 10.77% to Claim #000003 | 7100-004 | | 2,157.71 | 1,626,347.33 |
| 04/23/19 | 53022 | SHAREHOLDERS INC. | Disb of 10.77% to Claim #000004 | 7100-000 | | 1,508,092.12 | 118,255.21 |
| 04/23/19 | 53023 | GLEN HENRICHS | Disb of 10.77% to Claim #000005 | 7100-000 | | 560.15 | 117,695.06 |

**Form 2**

Exhibit 9

## Cash Receipts and Disbursements Record

Page: 13

| | | |
|---|---|---|
| **Case Number:** | 14-32679 KLP | |
| **Case Name:** | ANDERSON & STRUDWICK, INCORPORATED | |
| | | |
| **Taxpayer ID#:** | 54-0968806 | |
| **Period Ending:** | 09/28/20 | |

| | |
|---|---|
| **Trustee:** | Bruce E. Robinson |
| **Bank Name:** | Texas Capital Bank |
| **Account:** | ******4502 - Checking Account |
| **Blanket Bond:** | $3,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/23/19 | 53024 | OYSTER CONSULTING, LLC | Disb of 10.77% to Claim #000006 | 7100-000 | | 969.49 | 116,725.57 |
| 04/23/19 | 53025 | LUCILLE R. SAUNDERS | Disb of 10.77% to Claim #000010 | 7100-000 | | 29,409.74 | 87,315.83 |
| 04/23/19 | 53026 | DONALD H. NEWLIN AND WILLIAM H. MCC | Disb of 10.77% to Claim #000011 | 7100-000 | | 44,356.13 | 42,959.70 |
| 04/23/19 | 53027 | L. MCCARTHY DOWNS, III | Gross: $12,475.00 Fed: $7,779.92 SocSec: $773.45 Medicare: $180.89 State: $677.02 | 5300-000 | | 3,063.72 | 39,895.98 |
| 04/23/19 | 53028 | DOMINIC EUGENE MCKANN | Gross: $12,475.00 Fed: $1,627.75 SocSec: $773.45 Medicare: $180.89 State: $668.11 | 5300-000 | | 9,224.80 | 30,671.18 |
| 04/23/19 | 53029 | GLEN HENRICHS | Gross: $12,850.00 Fed: $2,119.13 SocSec: $796.70 Medicare: $186.32 State: $680.75 | 5300-000 | | 9,067.10 | 21,604.08 |
| 04/23/19 | | Internal Revenue Service | Withholdings for (Fed, Medicare, SocSec)electronic payment | | | 14,418.50 | 7,185.58 |
| 04/23/19 | | Internal Revenue Service | Disb of 100.00% to Claim #Employer matching taxes / electronic payment | | | 5,159.70 | 2,025.88 |
| 04/23/19 | | Virginia SIT | Withholdings for State Withholdingelectronic payment | | | 2,025.88 | 0.00 |
| 04/23/19 | | | L. MCCARTHY DOWNS, III         677.02 (State) | 5300-000 | | | 0.00 |
| 04/23/19 | | | GLEN HENRICHS (State)         680.75 | 5300-000 | | | 0.00 |
| 04/23/19 | | | DOMINIC EUGENE         668.11 MCKANN (State) | 5300-000 | | | 0.00 |

**Form 2**

**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 14

| Case Number: | 14-32679 KLP | | Trustee: | Bruce E. Robinson |
|---|---|---|---|---|
| Case Name: | ANDERSON & STRUDWICK, INCORPORATED | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******4502 - Checking Account |
| Taxpayer ID#: | 54-0968806 | | Blanket Bond: | $3,000,000.00 (per case limit) |
| Period Ending: | 09/28/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/23/19 | | | L. MCCARTHY DOWNS, III (Medicare) | 180.89 | 5300-000 | | | 0.00 |
| 04/23/19 | | | L. MCCARTHY DOWNS, III (SocSec) | 773.45 | 5300-000 | | | 0.00 |
| 04/23/19 | | | L. MCCARTHY DOWNS, III (Fed) | 7,779.92 | 5300-000 | | | 0.00 |
| 04/23/19 | | | GLEN HENRICHS (Medicare) | 186.32 | 5300-000 | | | 0.00 |
| 04/23/19 | | | GLEN HENRICHS (SocSec) | 796.70 | 5300-000 | | | 0.00 |
| 04/23/19 | | | GLEN HENRICHS (Fed) | 2,119.13 | 5300-000 | | | 0.00 |
| 04/23/19 | | | DOMINIC EUGENE MCKANN (Medicare) | 180.89 | 5300-000 | | | 0.00 |
| 04/23/19 | | | DOMINIC EUGENE MCKANN (SocSec) | 773.45 | 5300-000 | | | 0.00 |
| 04/23/19 | | | DOMINIC EUGENE MCKANN (Fed) | 1,627.75 | 5300-000 | | | 0.00 |
| 04/23/19 | | | L. MCCARTHY DOWNS, III (Fed Employer) | 748.50 | 5800-000 | | | 0.00 |
| 04/23/19 | | | L. MCCARTHY DOWNS, III (Medicare Employer) | 180.89 | 5800-000 | | | 0.00 |

### Form 2
### Cash Receipts and Disbursements Record

Exhibit 9

Page: 15

| Case Number: | 14-32679 KLP | | Trustee: | Bruce E. Robinson |
|---|---|---|---|---|
| Case Name: | ANDERSON & STRUDWICK, INCORPORATED | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******4502 - Checking Account |
| Taxpayer ID#: | 54-0968806 | | Blanket Bond: | $3,000,000.00 (per case limit) |
| Period Ending: | 09/28/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/23/19 | | | L. MCCARTHY DOWNS, III (SocSec Employer) | 773.45 | 5800-000 | | | 0.00 |
| 04/23/19 | | | GLEN HENRICHS (Fed Employer) | 771.00 | 5800-000 | | | 0.00 |
| 04/23/19 | | | GLEN HENRICHS (Medicare Employer) | 186.32 | 5800-000 | | | 0.00 |
| 04/23/19 | | | GLEN HENRICHS (SocSec Employer) | 796.70 | 5800-000 | | | 0.00 |
| 04/23/19 | | | DOMINIC EUGENE MCKANN (Fed Employer) | 748.50 | 5800-000 | | | 0.00 |
| 04/23/19 | | | DOMINIC EUGENE MCKANN (Medicare Employer) | 180.89 | 5800-000 | | | 0.00 |
| 04/23/19 | | | DOMINIC EUGENE MCKANN (SocSec Employer) | 773.45 | 5800-000 | | | 0.00 |
| 07/23/19 | 53021 | PITNEY BOWES INC | Stop Payment on Check 53021 PITNEY BOWES INC | 7100-004 | | -2,157.71 | 2,157.71 |
| 07/29/19 | 53030 | Clerk's Office | Unclaimed funds - stop payment issued on stale dated check and funds remitted to Court | 7100-001 | | 2,157.71 | 0.00 |
| 02/14/20 | | United States Treasury | Refund for overpayment of federal unemployment taxes | 1290-000 | 1,008.00 | | 1,008.00 |

**Form 2**

Exhibit 9

**Cash Receipts and Disbursements Record**

Page:  16

| Case Number: | 14-32679 KLP | | Trustee: | Bruce E. Robinson |
| Case Name: | ANDERSON & STRUDWICK, INCORPORATED | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******4502 - Checking Account |
| Taxpayer ID#: | 54-0968806 | | Blanket Bond: | $3,000,000.00 (per case limit) |
| Period Ending: | 09/28/20 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/28/20 | | Signature Bank | Transfer to account ending 9068 | 9999-000 | | 1,008.00 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | **1,992,113.87** | **1,992,113.87** | **$0.00** |
| Less: Bank Transfers | | 1,659,728.56 | 1,008.00 | |
| **Subtotal** | | **332,385.31** | **1,991,105.87** | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$332,385.31** | **$1,991,105.87** | |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 17

| Case Number: | 14-32679 KLP | | Trustee: | Bruce E. Robinson |
|---|---|---|---|---|
| Case Name: | ANDERSON & STRUDWICK, INCORPORATED | | Bank Name: | Signature Bank |
| | | | Account: | ******9068 - Checking Account |
| Taxpayer ID#: | 54-0968806 | | Blanket Bond: | $3,000,000.00 (per case limit) |
| Period Ending: | 09/28/20 | | Separate Bond: | N/A |

| 1<br><br>Trans.<br>Date | 2<br><br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>Uniform<br>Tran. Code | 5<br><br>Receipts<br>$ | 6<br><br>Disbursements<br>$ | 7<br><br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/28/20 | | Texas Capital Bank | Transfer from account ending 4502 | 9999-000 | 1,008.00 | | 1,008.00 |
| 06/03/20 | 54001 | U.S. BANKRUPTCY COURT | Remitted to Court | | | 3.19 | 1,004.81 |
| 06/03/20 | | | 0.58 | 7100-001 | | | 1,004.81 |
| 06/03/20 | | | 0.34 | 7100-001 | | | 1,004.81 |
| 06/03/20 | | | 1.29 | 7100-001 | | | 1,004.81 |
| 06/03/20 | | | 0.98 | 7100-001 | | | 1,004.81 |
| 06/03/20 | 54002 | Bruce Robinson | Trustee Expense | 2100-000 | | 30.24 | 974.57 |
| 06/03/20 | 54003 | L. MCCARTHY DOWNS, III | Disb of 0.01% to Claim #000001B | 7100-000 | | 26.70 | 947.87 |
| 06/03/20 | 54004 | SHAREHOLDERS INC. | Disb of 0.01% to Claim #000004; Stopped on 09/08/2020 | 7100-004 | | 903.67 | 44.20 |
| 06/03/20 | 54005 | LUCILLE R. SAUNDERS | Disb of 0.01% to Claim #000010;  Stopped on 09/08/2020 | 7100-004 | | 17.62 | 26.58 |
| 06/03/20 | 54006 | DONALD H. NEWLIN AND WILLIAM H. MCC | Disb of 0.01% to Claim #000011 | 7100-000 | | 26.58 | 0.00 |
| 09/08/20 | 54004 | SHAREHOLDERS INC. | Disb of 0.01% to Claim #000004; Stopped: Check issued on 06/03/2020 | 7100-004 | | -903.67 | 903.67 |
| 09/08/20 | 54005 | LUCILLE R. SAUNDERS | Disb of 0.01% to Claim #000010;  Stopped: Check issued on 06/03/2020 | 7100-004 | | -17.62 | 921.29 |
| 09/09/20 | 54007 | Clerk's Office | Unclaimed Funds | | | 921.29 | 0.00 |
| 09/09/20 | | LUCILLE R. SAUNDERS | 17.62 | 7100-000 | | | 0.00 |

**Form 2**

**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 18

| Case Number: | 14-32679 KLP | | Trustee: | Bruce E. Robinson |
| Case Name: | ANDERSON & STRUDWICK, INCORPORATED | | Bank Name: | Signature Bank |
| | | | Account: | ******9068 - Checking Account |
| Taxpayer ID#: | 54-0968806 | | Blanket Bond: | $3,000,000.00 (per case limit) |
| Period Ending: | 09/28/20 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 09/09/20 | | SHAREHOLDERS INC. | Unclaimed Funds | 903.67 | 7100-001 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | | **1,008.00** | **1,008.00** | **$0.00** |
| | | | Less: Bank Transfers | | | 1,008.00 | 0.00 | |
| | | | **Subtotal** | | | **0.00** | **1,008.00** | |
| | | | Less: Payment to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$0.00** | **$1,008.00** | |

| | |
|---|---|
| Net Receipts: | $2,684,127.90 |
| Net Estate: | $2,684,127.90 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******0001** | 2,341,452.49 | 13,002.48 | 0.00 |
| **Checking # ******4502** | 332,385.31 | 1,991,105.87 | 0.00 |
| **Checking # ******4646** | 10,290.10 | 679,011.55 | 0.00 |
| **Checking # ******9068** | 0.00 | 1,008.00 | 0.00 |
| | **$2,684,127.90** | **$2,684,127.90** | **$0.00** |